Case 1:23-cv-07114-MKV   Document 14   Filed 11/28/23   Page 1 of 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

WILLIAM M. HAID,

              Plaintiff,

v.

CABLEVISION LIGHTPATH LLC,
CABLEVISION LIGHTPATH, INC., *and*
ALTICE USA

              Defendants.

Case No: 1:23-cv-07114

## <u>RULE 7.1 DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Cablevision Lightpath LLC (f/k/a Cablevision Lightpath, Inc.)[1] hereby certifies that:

1. Altice USA, Inc., which is a publicly traded company, is Cablevision Lightpath LLC's parent corporation and indirectly owns greater than a 10% interest in Cablevision Lightpath LLC.

2. NHIP III Lantern Holding LLC indirectly owns greater than a 10% interest in Cablevision Lightpath LLC.

The citizenship of Cablevision Lightpath LLC is as follows:

- Cablevision Lightpath LLC takes the citizenship of its member Lightpath Holdings LLC. Lightpath Holdings LLC takes the citizenship of its members, Lightpath Holdco 2, Inc. and Cablevision Lightpath Holdings LLC.

---

[1] In July 2020, Cablevision Lightpath, Inc. converted from a corporation to a limited liability company, and Cablevision Lightpath, Inc. became the entity now known as Cablevision Lightpath LLC.

- Lightpath Holdco 2, Inc. is organized under the laws of Delaware with a principal place of business in New York.

- Cablevision Lightpath Holdings LLC takes the citizenship of its member Lightpath Holdco 1, Inc.  Lightpath Holdco 1, Inc. is organized under the laws of Delaware with a principal place of business in New York.

Dated:        November 28, 2023
              New York, New York

                                   /s/ *Richard J. Rabin*
                                  Richard J. Rabin, Esq.
                                  Grace M. O'Donnell, Esq.
                                  AKIN GUMP STRAUSS HAUER & FELD LLP
                                  One Bryant Park
                                  New York, New York 10036
                                  (212) 867-1000 | Fax (212) 872-1002
                                  rrabin@akingump.com
                                  godonnell@akingump.com

                                  *Counsel for Defendants*