```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIAM M. HAID,

                Plaintiff,

-against-

CABLEVISION LIGHTPATH, LLC, et al.,

                Defendants.

1:23-cv-7114-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the parties' letters concerning the timing of Plaintiff's deposition [ECF Nos. 22, 23]. The parties must work together, cooperatively and professionally, to agree on interim deadlines in order to complete the fact discovery by May 11, 2024. Failure to comply with the Court's Individual Rules and order may result in sanctions.

**SO ORDERED.**

**Date:  March 7, 2024**
      **New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**